## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Darien Houser                         )
                                      )
          Plaintiff                   )        Civil No. 08-5012
                                      )
     v.                               )        Judge Robreno
                                      )
Seth Williams, Philadelphia           )
District Attorney; Lynn Abraham       )                    **FILED**
Prior Philadelphia District           )
Attorney; ADA Edward Cameron;         )                    NOV 3 0 2011
ADA Collin Burke; ADA Beth            )
Grossman; ADA Jennifer Kralle;        )        MICHAEL E. KUNZ, Clerk
Jane & John Doe, Assistant            )        By_____ Dep. Clerk
District Attorneys; Jane &            )
John Doe, Police Officers;            )
P/O Taggart #1888, Crime Scene        )
Unit; P/O Fox #2164, Crime Scene      )
Unit; Civilian Averweck, Crime        )
Investigator; Civilian William        )
whitehouse, Crime Scene               )
Investigator; P/O Mocharnuk #5236;    )
P/O Amaro #1346; P/O Mark Johnson      )
#9945; P/O Singer #2857; Sergeant      )
Frank Hayes #8595; LT. Maum #395,     )
Supervisor; Lt. Fienman #110,         )
Crime Scene Unit; Det. Cruz #696,     )
Assigned Homicide Officer;            )
Det. Verrechio #609, Homicide;        )
SGT. Gormley #8531; P/O James         )
Timms # 1699; P/O Damian Evens        )
#6105; P/O Steven Garcia #9430;       )
P/O Smith #1874; P/O Kevin Sloan      )
#2542; P/O Ned Felic #1759;           )
P/O Holland #2171; P/O Flager         )
#5470; P/O Holland #2171;             )
P/O Floyd Munford #6000 Supervisor;)
Investigator Jones #328 Warrant       )
Unit; Investigator Vincent Disandro)
#28, Warrant Unit; Carlo Delborello)
# 3043, Warrant Unit;                 )
Norman Scott Esquire;                 )
Daniel Conner Esquire;                )

          Defendants

**BENCH TRIAL**

                         1.

TO BE FILED UNDER : 28 U.S.C. § 1331

DEFENDANTS:

Mr. Seth Wiiliams & Lynn Abraham, are employed as the Philadelphia District attorney at 3 Penn Square, Juniper and South Penn Square, Philadelphia, PA 19107-3499; All Police Defendants and Police Detectives are employed by the City of Philadelphia Police department and can be located through the Philadelphia's District Attorneys Office; Officer/Investigator Jones, Investigator Vincent DiSandro and Warrant Officer Carlo Delborello, Can be located at the First Judicial District Of Pennsylvania Pretrial Services Division of Philadelphia at 1401 Arch St. Philadelphia, PA 19102, in which all are employed by the City Of Philadelphia. Prior defense attorney Daniel Conner and Norman Scott will be served by first class certified mail if this court allows me to pursue claim against attorneys and or can be located through the lawyers/legal directory.


Statement of Claim:

1. Investigator DiSandro, Investigator Jones, and Warrant Officer Carlo Delborello, on 3/19/04, Approximately 2am, Came to my apartment located at 4901 Stenton Avenue, apartment #336. The officers made an unlawful entry into my apartment after covering the peephole and refusing to identify themselves and their purpose being at the apartment without a search warrant or arrest warrant. The aforementioned officer were the cause of my apartment being intentionally and deliberately destroyed, and may have participated in the destruction and theft of my property, currency and failed to stop or report such behavior and actions.

2. All defendants police officers, detectives, crimes scene officers and crime scene investigators, intentionally and deliberately destroyed my apartment and property, Stole my property and currency. They also failed to report/intervene in the aforementioned defendants unlawful behavior or actions.

3. Defendants, DA Lynn Abraham, DA Seth Williams, ~~ADA Colin~~ Burke, Beth Grossman, ADA ~~Jennifer Kralle,~~ ADA Edward Cameron, refuse to return my property, entertain the theft of my currency and property return. No hearing, refuse to entertain motions and nothing but deceit from the district for over Tens years. Still to this date, and even after a court granted the return of my property in which I had to discover on my own and the district attorneys office was totally aware of. DA Edward Cameron refuses to release Property # 9002687.

4. Deceitful actions of Prior Attorney Daniel Conner and Norman Scott and the conspired denial of my due process rights as to constitutional violations only. Making one believe that the entry into apartment was legal and lawful, refusing to act upon unlawful act, conspired with ADA Cameron, in making me believe the entry was lawful and failing to act, correct or entertain such deceit.

**2.**

**Relief:**

Monetary Damages for mental, emotional and physical trama, Destruction of my apartment and property, the theft of my property (Jewelry Diamond Jimmy name tag and chain, two Diamond bracelets, one gold watch and one diamond ring & Currency $4,000) Jewelry and currency taken without receipt, or hearing). The return of Property that was taken for DNA purposes PR#900-2687, which is allegedly being held at the City of Philadelphia Police DNA Identification Laboratory Division at 643 N. 8th street, Philadelphia, PA 19123. This property Assistant District Attorney Edward Cameron refuse to release, even after a Judge order to release the property and Drinker Biddle & Reath alleged attempt to obtain same property in which same ADA Cameron Refuse to release. Monetary Damages for the deceitful action and ineffective assistance of counsel of Daniel Conner Esquire and Norman Scott Esquire as pertain to the continued deceit and denial of conspired due process rights. (CONSTITUTIONAL ISSUES ONLY). Also the cost of court filing to be returned.

I, _DARIEN J. HOUSER Sr._, declare under the laws of penalty and perjury, that forgoing is true and correct. This is a civil action 1983 Claim filed against the aforementioned defendants under and §§ 1981, 1983, 1985, 1986 and any other state torts or laws deemed appropriate under the state and federal constitution and legislative laws that I am entitled to.

Darien J. Houser Sr.
175 Progress Drive
Waynesburg, PA 15370
Date: 11/26/11


CC: File Copy

3.

## AFFIDAVIT/DECLARATION

Since 2004, I have pursued the return of my property in good faith. I was lead to believe by prior Defense Counsel Daniel Conner and Norman Scott, that they were going to file the necessary documents and or have my property returned to me. I was deceived by them, not only by failing to have my property returned, but also leaving me to believe that the entry and issues that surround the entry was legal and lawful. ADA Edward Cameron also did the same during a 2006 Post Sentence Motion hearing. It was not discovered until 2009, during a conversation with a public defender, that I was being deceived and lied to by the aforementioned defendants. In good faith, I filed numerous Return of property petitions, but they were straight out being ignored by the courts and the Philadelphia's District attorneys office. It was not until I had forward my return of property petitions to Prior Judge Darnell Jones 2nd, requesting that he file the petitions for me due to the courts and district attorneys office refusing to acknowledge and or entertain the petitions that I received any type of communication from the district attorneys office. But even after that, for many years I received nothing but the run around by the district attorneys office.

Every time I overcome the many hurdles of questioning, and interrogators from one assistant district attorney, they would transfer my case to another assistant district attorney and start ANEW. This went on for years. Even during Civil action 06-1198, in which Drinker Biddle and Reath stood in front of you in January of 2010, and told you that this case was not related in any way to 06-1198, once again they lied to the court. They gave you such an answer because they did not want to entertain and represent me in the many issues mentioned in this complaint. But at one time, they did allegedly attempt to have Property receipt number 900-2687 returned but Edward Cameron refuse to return the property, even after I had discovered in 2010, that a Judge Had granted the return of my property. Deceit and misrepresentation of the facts played an essential role in the denial of my property by the district attorneys office. They would send me interrogatories that contained no signature, sometimes name or date as pertain to who was sending it. They Just wanted me basically to make a statement on a un-authenticated piece of paper.

I gave my very best to resolve this matter before this civil action complaint was filed. I am still willing to resolve/settle this complaint without ANY FURTHER PROCEEDINGS. "BUT MY PROPERTY MUST BE RETURNED DIRECTLY TO ME."

I _DARIEN HOUSER_ , declare under the laws of penalty and perjury, that the contents of this letter is true and correct to the best of my memory and knowledge.

175 Progress Drive
Waynesburg, PA 15370
Date: 11/26/11